IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
JAN 24 2012
CLERK, U.S. DISTRICT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| SELLERBID, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:11-cv-00768 LMB / TRJ |
| GROUPON, INC., et al., | § § | |
| Defendants. | § | |

## STIPULATED DISMISSAL OF DEFENDANT GROUPON, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff SellerBid, Inc. ("SellerBid") and Defendant Groupon, Inc. ("Groupon"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), that the claims asserted by SellerBid against Groupon in this action, and the counterclaims asserted by Groupon against SellerBid in this action, are dismissed with prejudice with each party to bear its own costs and fees.

SO ORDERED this 24th day of Janu. 2012.

Alexandria, Virginia

/s/ for LMB
Gerald Bruce Lee
United States District Judge

## SO STIPULATED:

| | |
|---|---|
| *[signature]* | *[signature]* |
| Craig C. Reilly, Esq. (VSB # 20942) | Jill Marie Dennis (VSB #43466) |
| 111 Oronoco Street | HUNTON & WILLIAMS LLP |
| Alexandria, Virginia 22314 | 1751 Pinnacle Drive, Suit 1700 |
| TEL: (703) 549-5354 | McLean, VA 22102 |
| FAX: (703) 549-2604 | Telephone: (703) 714-7400 |
| EMAIL: craig.reilly@ccreillylaw.com | Facsimile: (703) 714-7410 |
| *Counsel for Plaintiff SellerBid, Inc.* | jmdennis@hunton.com |
| | and |
| *Of Counsel for Plaintiff SellerBid, Inc.:* | Gregory N. Stillman |
| | gstillman@hunton.com |
| Edward R. Nelson, III (admitted *pro hac vice*) | Brent L. VanNorman |
| enelson@nbclaw.net | bvannorman@hunton.com |
| Christie B. Lindsey (admitted *pro hac vice*) | HUNTON & WILLIAMS LLP |
| clindsey@nbclaw.net | 500 E. Main St., Suite 1000 |
| Thomas C. Cecil (admitted *pro hac vice*) | Norfolk, VA 23510 |
| tcecil@nbclaw.net | Telephone: (757) 640-5300 |
| NELSON BUMGARDNER CASTO, P.C. | Facsimile: (757) 625-7720 |
| 3131 West 7th Street | *Counsel for Defendant Groupon, Inc.* |
| Suite 300 | |
| Fort Worth, Texas 76107 | *Of Counsel for Defendant Groupon, Inc.:* |
| TEL: (817) 377-9111 | |
| FAX: (817) 377-3485 | J. David Hadden |
| | Carolyn Chang |
| | Elizabeth J. White |
| | Saina S. Shamilov |
| | FENWICK & WEST LLP |
| | Silicon Valley Center |
| | 801 California Street |
| | Mountain View, California 94041 |
| | Telephone: (650) 988-8500 |
| | Facsimile: (650) 938-5200 |
| | dhadden@fenwick.com |
| | cchang@fenwick.com |
| | bwhite@fenwick.com |
| | shamilov@fenwick.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading or paper was served on Defendants through their below listed counsel of record through the Court's NEF/ECF system on this the 20th day of January 2012.

| | |
|---|---|
| Jill Marie Dennis (VSB #43466)<br>HUNTON & WILLIAMS LLP<br>1751 Pinnacle Drive, Suit 1700<br>McLean, VA 22102<br>Telephone: (703) 714-7400<br>Facsimile: (703) 714-7410<br>jmdennis@hunton.com<br><br>Gregory N. Stillman<br>gstillman@hunton.com<br>Brent L. VanNorman<br>bvannorman@hunton.com<br>HUNTON & WILLIAMS LLP<br>500 E. Main St., Suite 1000<br>Norfolk, VA 23510<br>Telephone: (757) 640-5300<br>Facsimile: (757) 625-7720<br><br>*Counsel for Defendant Groupon, Inc.* | J. David Hadden<br>dhadden@fenwick.com<br>Carolyn Chang<br>cchang@fenwick.com<br>Elizabeth J. White<br>bwhite@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>*Counsel for Defendant Groupon, Inc.* |

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for Plaintiff SellerBid, Inc.*